cal__sc____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHATION MURPHY, | Civil No.05cv1866 BEN (AJB) |
| Plaintiff, | |
| v. | ORDER FOLLOWING SETTLEMENT CONFERENCE |
| REPOSSESSION SPECIALISTS, INC., dba ABA RECOVERY SERVICES, INC.; TRIAD FINANCIAL CORPORATION, | |
| Defendants. | |
| AND ALL RELATED COUNTER-CLAIMS. | |

On December 6, 2006, the Court convened a Settlement Conference in the above entitled action. Appearing were Robert Hyde, Esq., Joshua Swigart, Esq. and Shation Murhpy on behalf of plaintiff; mark Lowary, Esq. and Michael Arkin on behalf of defendant ABA Recovery; Harold Jones, Esq. and Mort Seidner on behalf of defendant Triad.

Plaintiff and defendant Repossession Specialist, Inc. reached a full and final settlement subject to a good faith determination by the Court. The parties will submit the motion to Judge Battaglia for disposition.

Settlement could not be reached in the remaining claim against Triad Financial Corporation. The parties will go forward and will advise the Court if settlement positions change such that a further conference would prove beneficial.

///

1   In the meantime, all remaining dates in the case are herewith confirmed.

2   IT IS SO ORDERED.

DATED: December 7, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court