cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHATION MURPHY, ) | Civil No.05cv1866 BEN (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | Order Vacating Settlement Status |
| ) | Conference |
| REPOSSESSION SPECIALISTS, INC., dba ) | |
| ABA RECOVERY SERVICES, INC.; ) | |
| TRIAD FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND ALL RELATED COUNTER-CLAIMS. ) | |
| ) | |

Upon advise of counsel that the good faith settlement application has been executed by all parties, the *telephonic* Settlement Status Conference currently scheduled before Magistrate Judge Battaglia on March 21, 2007 is hereby VACATED.

IT IS SO ORDERED.

DATED:  March 20, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court