```
                                            FILED
                                        2007 JUN 26  AM 9: 14
                                        CLERK US DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                     BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHATION MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>REPOSSESSION SPECIALISTS, INC. D/B/A/ ABA RECOVERY SERVICES, INC. AND TRIAD FINANCIAL CORPORATION,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO: 05 CV 1866 BEN (AJB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF HON. ANTHONY J. BATTAGLIA GRANTING DEFENDANT REPOSSESSION SPECIALISTS, INC. dba ABA RECOVERY SERVICE, INC.'S APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION OF SETTLEMENT WITH PLAINTIFF SHATION MURPHY** |

TO ALL PARTIES AND COUNSEL OF RECORD HEREIN:

The United State District Court Judge has reviewed the Report and Recommendation of Hon. Anthony J. Battaglia [Doc. No. 41] regarding the application of Defendant REPOSSESSION SPECIALISTS, INC. Dba ABA RECOVERY SERVICES, INC.'s application for good faith settlement determination of settlement with plaintiff Shation Murphy.

The report and recommendation meet the approval of this Court. This Court approves and adopts the report and recommendation to grant the application.

IT IS ORDERED that the settlement between REPOSSESSION SPECIALISTS, INC. dba ABA RECOVERY SERVICE, INC. and Plaintiff

1 | SHATION MURPHY in the amount of $2,000.00 is a good faith
2 | settlement.
3 |     IT IS FURTHER ORDERED this good faith determination bars any
4 | present or future claims for equitable comparative contribution or
5 | comparative or implied indemnity based upon comparative negligence
6 | or comparative fault [C.C.P. §887.6(c)].
7 |     IT IS SO ORDERED.
8 |
9 | DATED: 6/25/07
10 |                             ROGER T. BENITEZ
                            JUDGE OF THE UNITED STATES
                            DISTRICT COURT, SOUTHERN DISTRICT